UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62942-CIV-DIMITROULEAS/SNOW

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

vs.

CINESILIP.SU, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment against Defendants (the "Motion") [DE 26], filed herein on March 12, 2019. The Court has carefully considered the Motion [DE 26] and is otherwise fully advised in the premises. On February 22, 2019, the Clerk entered a default against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule 'A" to Plaintiffs' instant Motion (collectively "Defendants") for failure to appear, answer or otherwise plead to the complaint filed herein within the time required. *See* [DE 24]. Thereafter, on March 12, 2019, Plaintiffs filed the instant Motion [DE 26] seeking a default judgment against Defendants. On March 13, 2019, the Court issued an Order to Show Cause why this Motion should not be granted. [DE 27]. Defendants failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion [DE 26] is hereby **GRANTED**.
2.     In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3.  Plaintiffs are ordered to serve a copy of this Order upon Defendants (a) via e-mail to the e-mail addresses provided by each Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the Internet websites operating under each of their corresponding domain names, including customer service e-mail addresses and onsite contact forms, or via the social media platform e-mail for each of the Defendants' social media accounts; and (b) by posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/BF1SS/index.html.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 27th day of March, 2019.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record