UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62942-CIV-DIMITROULEAS/SNOW

ABS-CBN CORPORATION, *et al.*,

    Plaintiffs,

vs.

CINESILIP.SU, *et al.*,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants (the "Motion") [DE 27], filed herein on March 12, 2019. The Court granted the Motion in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International Corporation ("Plaintiffs"), and against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") as follows:

(1) Permanent Injunctive Relief:

Defendants and their officers, agents, servants, employees and attorneys, and all persons acting in concert or participation with Defendants are hereby permanently restrained and enjoined from:

    a. advertising, promoting, performing, copying, broadcasting, and/or distributing any of Plaintiffs' content or copyrighted works, including but

      not limited to those works identified in Paragraph 26 of the Complaint, Schedule D thereto, and in Exhibit 3 thereto;

b. advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, services using Plaintiffs' registered or common law trademarks identified in Paragraphs 14 and 18 of the Complaint and in Schedules "B" and "C" attached thereto (the "ABS-CBN Marks");

c. using the ABS-CBN Marks in connection with any unauthorized services or performances of Plaintiffs' copyrighted works;

d. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

e. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

f. engaging in any act which is likely to falsely cause members of the trade and/or of the public to believe any content or services of/provided by Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

g. using any reproduction, counterfeit, copy, or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, distribution, or advertising of any content or services by Defendants;

h. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' content or services offered by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs;

i. otherwise unfairly competing with Plaintiffs;

j. using the ABS-CBN Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants; and

k. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2

(2) Additional Equitable Relief:

    a. In order to give practical effect to the Permanent Injunction, the domain names identified on Schedule "A" hereto (the "Subject Domain Names") are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiffs' control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs;

    b. Upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted; and

    c. Defendants, their agent(s) or assign(s), shall assign all rights, title, and interest, to their Subject Domain Name(s) to ABS-CBN and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

(3) Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

    a. Award Plaintiffs damages of $1,000,000.00 against each Defendant, for which let execution issue;

(4) Statutory damages in favor of Plaintiffs pursuant to 17 U.S.C. § 504(c) are determined to be:

    a. $30,000.00 against Defendant Number 4 – filikulamo.tk, for which let execution issue;

    b. $30,000.00 against Defendant Number 6 – fullpinoymovies.net, for which let execution issue;

    c. $30,000.00 against Defendant Number 15 – pinoymovies.site, for which let execution issue;

3

        d.    $30,000.00 against Defendant Number 24 – sunjerhd.com, for which let execution issue;

(5) All funds currently restrained by the advertising services, networks, and/or platforms identified in Schedule "B" hereto (the "Advertising Services"), and their related companies and affiliates, pursuant to the temporary restraining order and the preliminary injunction in this action are to be immediately (within 5 business days) transferred to Plaintiffs in partial satisfaction of the monetary judgment entered herein against each Defendant. The Advertising Services shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to the Plaintiffs.

(6) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(7) The bond posted by Plaintiffs in the amount of $10,000.00 is hereby ordered released by the Clerk.

(8) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(9) Plaintiffs are ordered to serve a copy of this Order upon Defendants (a) via e-mail to the e-mail addresses provided by each Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the Internet websites operating under each of their corresponding domain names, including customer service e-mail addresses and onsite contact forms, or via the social media platform e-mail for each of the

Defendants' social media accounts; and (b) by posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/BF1SS/index.html.

(10)    The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 27th day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Domain Name |
|---|---|
| 1 | cinesilip.su |
| 1 | pariwikitv.su |
| 1 | pinoyhd.su |
| 2 | dilsediltakdrama.net |
| 3 | dramaofw.su |
| 3 | dramaofw.ch |
| 4 | filikulamo.tk |
| 5 | filipinoshows.su |
| 5 | filipinotvshows.su |
| 5 | ofwpinoytambayan.su |
| 6 | fullpinoymovies.net |
| 7 | lambingansu.net |
| 8 | pariwiki.su |
| 8 | vidco.su |
| 9 | pinoy1tvhd.su |
| 10 | pinoyako.co |
| 11 | pinoychannelflix.su |
| 12 | pinoychannelofw.su |
| 13 | pinoyflixtv.com |
| 14 | pinoylambingan.info |
| 15 | pinoymovies.site |
| 16 | pinoytambayanchannel.com |
| 17 | pinoytambayanlambingans.com |
| 18 | pinoytambayanlive.su |
| 18 | cinesilipsu.net |
| 19 | pinoytvb.com |
| 20 | pinoytvlovershd.com |
| 21 | pinoytvplus.com |
| 22 | pinoytvreplay.su |
| 23 | pinoytvreplays.co |
| 24 | sunjerhd.com |
| 25 | tambayand.com |
| 25 | lqnabc.info |
| 25 | tambayane.com |
| 26 | telebesyon.com |
| 27 | yztv.online |
| 27 | yztv.pw |

SCHEDULE "B"
DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT
INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES

| Def. No. | Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail(s) |
|---|---|---|---|---|
| 1 | cinesilip.su | Google Adsense, Google LLC | ca-pub-8198232054412351 | javirock906@gmail.com |
| 1 | pariwikitv.su | Google Adsense, Google LLC | ca-pub-3665264874099092 | javirock906@gmail.com |
| 1 | pinoyhd.su | Google Adsense, Google LLC | ca-pub-8198232054412351 | javirock906@gmail.com |
| 2 | dilsediltakdrama.net (Framed on tfctvshows.ga) | Google DoubleClick, Google LLC | div-gpt-ad-1541063367318-0 div-gpt-ad-1541063451088-0 div-gpt-ad-1541063506421-0 | 98e685e3f9f74bd982a1e855a10f60aa.protect@whoisguard.com |
| 3 | dramaofw.su | Google Adsense, Google LLC | ca-pub-9226293809914322 | vhungcc.kd@gmail.com |
| 3 | dramaofw.ch | N/A redirects to dramaofw.su | N/A redirects to dramaofw.su | N/A |
| 4 | filikulamo.tk | AdsKeeper, Hardware Solution Limited | filikulamo.tk | N/A |
| 5 | filipinoshows.su | Google Adsense, Google LLC | ca-pub-4114366130058641 | tiagotifa@yahoo.com |
| 5 | ofwpinoytambayan.su | Google Adsense, Google LLC | ca-pub-9431595196029395 | tiagotifa@yahoo.com |
| 5 | filipinotvshows.su | Revcontent, Revcontent, LLC | rcjsload_10df2c | tiagotifa@yahoo.com |
| 6 | fullpinoymovies.net | RevenueHits, Intango Ltd. | tid=92782_468779_1 | 6437622@whoisprotection.biz |
| 7 | lambingansu.net | Taboola Taboola, Inc. | lambingan | contact@privacyprotect.org |
| 8 | vidco.su | Google Adsense, | ca-pub-8827305951524896 | waqarkhanmalghani@gmail.com |

7

| Def. No. | Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail(s) |
|---|---|---|---|---|
| | | Google LLC | | |
| 8 | pariwiki.su | mgid.com, MGID Inc. MGID UA | pariwiki.su | waqarkhanmalghani@gmail.com |
| 9 | pinoy1tvhd.su | Google Adsense, Google LLC | ca-pub-3443367408593548 | koreamitti@gmail.com |
| 10 | pinoyako.co | Google Adsense, Google LLC | ca-pub-2838404477920338 | pinoyako.co@gmail.com |
| 11 | pinoychannelflix.su | Google Adsense, Google LLC | ca-pub-2298926256267506 | paktvsite@gmail.com |
| 12 | pinoychannelofw.su | Google Adsense, Google LLC | ca-pub-8008043498317742 | kathleengil224@gmail.com |
| 13 | pinoyflixtv.com | Google DoubleClick, Google LLC | div-gpt-ad-1542804772125-0 | pw-a0c0067303966fa1451eff3359aa4eb6@privacyguardian.org |
| 14 | pinoylambingan.info | Google Adsense, Google LLC | ca-pub-4226698868686867 | pinoylambingan.info@domainsbyproxy.com |
| 15 | pinoymovies.site | popads.net, Tomksoft S.A. | 2901992 | N/A |
| 16 | pinoytambayanchannel.com | Google Adsense, Google LLC | ca-pub-2666935058879977 | https://whoiscontact.secure-admin.com/?token=593A8A20-EB65-4878-818D-F32917D37DCB |
| 17 | pinoytambayanlambingans.com | N/A | N/A | N/A |
| 18 | cinesilipsu.net | Google Adsense, Google LLC | ca-pub-4580510514716350 | pw-89b1d4df9d6007385b6fa40cf592ab0a@privacyguardian.org |
| 18 | pinoytambayanlive.su | N/A redirects to cinesilipsu.net | N/A redirects to cinesilipsu.net | bepanahcolorstv1@gmail.com |

8

| Def. No. | Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail(s) |
|---|---|---|---|---|
| 19 | pinoytvb.com | N/A | N/A | pw-f58169373123b4021cf69826bfff2492@privacyguardian.org |
| 20 | pinoytvlovershd.com | Taboola Taboola, Inc. | techrapidly-pinoytv | af54ab188fcc4e21b99e993f725ca0c8.protect@whoisguard.com |
| 21 | pinoytvplus.com | Taboola Taboola, Inc. | techrapidly-pinoytvplus | 95a25126b69547d78cb94d32f2b8beeb.protect@whoisguard.com |
| 22 | pinoytvreplay.su | Google Adsense, Google LLC | ca-pub-1651216597970128 | herpalasif@gmail.com |
| 23 | pinoytvreplays.co | Google Adsense, Google LLC | ca-pub-8051557725411837 | N/A |
| 24 | sunjerhd.com | AdsKeeper, Hardware Solution Limited | sunjerhd.com | sunjerhd.com@domainsbyproxy.com |
| 24 | sunjerhd.com | Google Adsense, Google LLC | ca-pub-4129485395961669 | sunjerhd.com@domainsbyproxy.com |
| 25 | tambayane.com | Google Adsense, Google LLC | ca-pub-2928852312410693 | 2f6e6adb362c4adc83730a2ee8cc9fcb.protect@whoisguard.com admin@aliwan.info |
| 25 | tambayand.com | N/A, redirects to tambayane.com | N/A, redirects to tambayane.com | caa3c2f43a7740b7bf8d691921d2bc95.protect@whoisguard.com |
| 25 | lqnabc.info | N/A, redirects to tambayane.com | N/A, redirects to tambayane.com | N/A |
| 26 | telebesyon.com | Google Adsense, Google LLC | ca-pub-7559543077218518 | telebesyon.com@domainsbyproxy.com |
| 27 | yztv.pw | AdsKeeper, Hardware Solution Limited | yonipzone.rocks | N/A |
| 27 | yztv.pw | Google Adsense, Google LLC | ca-pub-4797266658649202 | N/A |

9

| Def. No. | Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail(s) |
|---|---|---|---|---|
| 27 | yztv.online | N/A, redirects to yztv.pw | N/A, redirects to yztv.pw | N/A |

10